IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT SCHWEIGER, )
 )
       Plaintiff, )
 )
  v. ) 1:19CV717
 )
WANDA BOATWRIGHT, )
 )
       Defendant. )

**ORDER OF REMAND**

On July 26, 2019, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 7, 8.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the General Court of Justice, District Court-Small Claims, in Guilford County, North Carolina, for further proceedings. The Clerk of Court is directed to send a certified copy of this Order to the Guilford County District Court Clerk.

This the 5th day of September, 2019.

                                          /s/ William L. Osteen, Jr.
                                        United States District Judge